UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM CONSTRUCTION, INC., a California corporation; LUTFI MUSTAFA BUSTAMI, an individual; and ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Defendants. | CASE NO.: SACV16-01024 DOC(JCG)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION [17] |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, and Defendants, PLATINUM CONSTRUCTION, INC., a California corporation; LUTFI MUSTAFA BUSTAMI,

305918.1

an individual also known as LUKE BUSTAMI, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

A. Judgment is entered in in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers' Trusts Administrative Trust Fund For Southern California, Plaster Tenders Apprentice And Training Trust Fund For Southern California; Plastering Trades Administrative Trust Fund, and Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS"), and against Defendants, PLATINUM CONSTRUCTION, INC., a California corporation ("EMPLOYER") and LUTFI MUSTAFA BUSTAMI an individual also known as LUKE BUSTAMI, ("BUSTAMI"), individually jointly and severally for the principal sum of $71,992.08 covering the period from April, 2010 to June 2016 only ("JUDGMENT".)

B. The money JUDGMENT to be entered in this action is for known delinquencies incurred for the period from April 2015 to June 2016, based upon monthly contribution reports submitted by EMPLOYER for this time period; however, audits of EMPLOYER's records covered the time period from February 2015 to January 2016 only. EMPLOYER and BUSTAMI stipulated that since the audit of EMPLOYER'S records did not cover the period of February 2016 to June 2016, if any additional amounts are discovered to be owed by EMPLOYER and/or BUSTAMI during this time period, the money judgment in this action shall not

1  operate as a bar and/or have <u>res judicata</u> effect or any other limitation of any legal
2  right of the Plaintiff or TRUST FUNDS to determine and seek collection of any
3  amount due, or that comes due by EMPLOYER and/or BUSTAMI to any one or more
4  of the TRUST FUNDS during the period of February 2016 to June 2016.

6  DATED: August 9, 2016

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE